## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ABDULKADIR ABDI ALI, A# 249136057,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **SA-25-CV-00818-JKP** |
| | § | |
| **TODD M. LYONS, Acting Director, US,** | § | |
| **I.C.E.; PAMELA BONDI, US Attorney** | § | |
| **General; KRISTI NOEM, Secretary, DHS;** | § | |
| **and WARDEN, Karnes County** | § | |
| **Immigration Processing Center,** | § | |
| | § | |
| **Respondents.** | § | |

## SERVICE ORDER

Before the Court is *pro se* Petitioner Abdulkadir Abdi Ali's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and supporting memorandum. (ECF Nos. 1, 2). Ali paid the required filing fee. (ECF No. 1). Ali's Petition shows he is currently confined in the Karnes County Immigration Processing Center in Karnes City, Texas. (*Id.*). Upon review of Ali's Petition, the Court finds Respondents should be served, and upon service, Respondents are ordered to file a responsive pleading.

**IT IS THEREFORE ORDERED** that:

1. The Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), supporting memorandum (ECF No. 2), and this Service Order, and that such delivery by certified mail return, receipt requested, to Stephanie Rico,[1] the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop

---

[1] *See* Amended-Designation-of-Agents-for-Service-of-Process-1.pdf (last visited July 17, 2025) (designating Stephanie Rico as Civil Process Clerk for purpose of accepting service of summons and complaint by certified mail, return receipt requested, on behalf of United States Attorney, Western District of Texas).

410, Suite 600, San Antonio, Texas 78216, *see* FED. R. CIV. P. 4(i), will constitute sufficient service of process on Respondents Todd M. Lyons, Acting Director, US, ICE, Pamela Bondi, US Attorney General, and Kristi Noem, Secretary, DHS; and

2.  The Clerk of Court shall serve Respondent Warden, Karnes County Immigration Processing Center, 409 FM 1144, Karnes City, Texas 78118, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), supporting memorandum (ECF No. 2), and this Service Order, and such delivery by certified mail return, receipt requested, will constitute sufficient service of process.

**IT IS FURTHER ORDERED** that Respondents shall file an answer or response to the Petition for Writ of Habeas Corpus on or before sixty (60) days from the date of service.

**IT IS FURTHER ORDERED** that Ali shall file a reply to any answer or response filed by Respondents on or before thirty (30) days after any answer or response is filed.

It is so **ORDERED**.

SIGNED this 17th day of July, 2025.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE

2